1  Limor Lehavi (SBN 189054)
       llehavi@lslawoffices.com
2  LEHAVI STARGARDTER, LLP
   P.O. Box 5973
3  Orange, CA 92863
   T: (949) 570-9575
4  F: (949) 570-9580

5  Attorneys for Defendants
   United National Insurance Company; McCord &
6  Associates, Inc.; and Curtis Schulz

7

8                **UNITED STATES DISTRICT COURT**

9               **EASTERN DISTRICT OF CALIFORNIA**

10

11  S & J LOGISTICS, INC.; and SUKHVIR          CASE NO.      1:22-CV-00109-JLT-BAK (BAM)
    SINGH,
12                                              **APPLICATION AND ORDER TO EXTEND
                 Plaintiffs,                    TIME FOR DEFENDANT UNITED
13                                              NATIONAL INSURANCE COMPANY TO
    v.                                          RESPOND TO FIRST AMENDED
14                                              COMPLAINT**

15  UNITED NATIONAL INSURANCE
    COMPANY; CONTINENTAL TRUCKING              Complaint served: January 19, 2022
    ASSOCIATIONS; TRINITY UNDERWRITERS,        Current Response date: March 15, 2022
16  LLC; McCORD & ASSOCIATES; CURTIS           **New Response: April 8, 2022**
    SCHULZ; and DOES 1 through 100, inclusive,
17
                 Defendants.
18

    TO THE CLERK OF THE ABOVE-ENTITLED COURT:
19
         On February 12, 2022, Plaintiffs S&J Logistics, Inc. and Sukhvir Singh and Defendants United
20
    National Insurance Company ("United National"), McCord & Associates ("McCord"), and Curtis
21
    Schulz ("Schulz") (collectively "Defendants") filed a stipulation pursuant to Eastern District Local Rule
22
    144(a), stating that Defendants may have up to and including March 8, 2022, to file an answer or
23
    otherwise respond to the complaint. That was the first extension of time in this case and extended the
24
    time to file by 28 days.
25
         Following the stipulation and the parties' fruitful meet and confer, Plaintiffs filed a First
26
    Amended Complaint ("FAC") on March 1, 2022, and voluntarily dismissed McCord and Schultz, added
27
    a cause of action, and removed two causes of action, thus narrowing the issues to be determined in this
28
    litigation.

    Application to Extend Time to Respond to          1          Case No. 1:22-CV-00109-JLT-BAK (BAM)
    Complaint

1    United National's response to the FAC is currently due March 15, 2022. The two remaining

2  additional defendants have yet to appear in this matter.

3    To enable the parties to further and meet and confer regarding the FAC, the parties now seek the

4  Court's approval to stipulate that United National may have up to and including April 8, 2022, to file an

5  answer or otherwise respond to the FAC. This is the second extension of time in this case.

6    United National seeks this extension because it intends to file a motion under Rule 12b(6) and

7  the complexity of the issues is such that defense counsel has not been able to complete its motion under

8  the original two-week extension and will need additional time to do so. The additional time is

9  additionally justified because the defense attorney working on this matter has encountered several short-

10  term legal emergencies on other engagements that have prevented her from devoting full time to the

11  preparing of the initial motion here. Plaintiffs do not object to United Nationals request for a second

12  extension.

13    **IT IS SO STIPULATED.**

14   Dated:    March 9, 2022                              LEHAVI STARGARDTER, LLP

15                                                        By:  */s/ Limor Lehavi*
                                                             Limor Lehavi
16                                                           Attorneys for Defendants
                                                             United National Insurance Company
17

18   Dated:    March 9, 2022                              SSD LAW FIRM P.C.

19                                                        By:  */s/ Sarwinder Dhanjan*
                                                             Sarwinder Dhanjan
20                                                           Attorneys for Plaintiffs
                                                             S&J Logistics, Inc. and Sukhvir Singh
21

22                              **SIGNATURE ATTESTATION**

23    I, Limor Lehavi, am the ECF user whose ID and password are being used to file the above

24  documents. I attest that concurrence in the filing of this document has been obtained from the other

25  signatories.

26  Dated: March 9, 2022                              LEHAVI STARGARDTER, LLP

27                                                      /s/ :*Limor Lehavi*
                                                       Limor Lehavi
28  / / /

Application to Extend Time to Respond to          2          Case No. 1:22-CV-00109-JLT-BAK (BAM)
Complaint

1

## **ORDER**

2       Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that

3   Defendant United National Insurance Company shall have an extension of time, to and include April 8,

4   2022, in which to respond to Plaintiff's First Amended Complaint.

5

6   IT IS SO ORDERED.

7
        Dated:    **March 10, 2022**                    /s/ *Barbara A. McAuliffe*
8                                                       UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Application to Extend Time to Respond to              3         Case No. 1:22-CV-00109-JLT-BAK (BAM)
Complaint